We'll hear the next case is Mirligil v. Whelan May it please the court, Mark Sean for Defendant Appellee Justice Whelan The plaintiff's complaint in this case asks the federal courts to undo a state court's order regarding how a plaintiff has to proceed in a particular ongoing action before that court. The federal courts are therefore required to abstain from exercising jurisdiction under the younger abstention doctrine. Unless the simply ask that this court affirm the dismissal of the complaint. Thank you. Thank you.